## HAIGHT v. TRAVELERS/AETNA PROPERTY CASUALTY CORP.

No. 212P99

Case below: 132 N.C.App. 673

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 22 July 1999.

## HAMBY v. SHERWIN WILLIAMS CO.

No. 268P99

Case below: 133 N.C.App. 189

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 19 August 1999.

## HARTZELL v. BRYANT INDUS. CONTR'RS, INC.

No. 310P99

Case below: 133 N.C.App. 657

Petition by defendants (Bryant and Travelers) for discretionary review pursuant to G.S. 7A-31 denied 19 August 1999.

## HESTER v. WACHOVIA BANK

No. 298P99

Case below: 133 N.C.App. 347

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 19 August 1999.

## HICKS v. CLEGG'S TERMITE & PEST CONTROL, INC.

No. 131P99

Case below: 132 N.C.App. 383

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 22 July 1999.